Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ 82560
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN TROTTIER,<br><br>Defendant. | **CASE NO.: 2:12-CV-2136-PHX-GMS**<br><br>**DECLARATION OF STEVEN GOODHUE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

**DECLARATION OF STEVEN GOODHUE**

I, Steven James Goodhue, declare as follows:

1. I am an attorney at law licensed to practice in Arizona, and I am counsel of record for Plaintiff in this matter. My business address is 9375 East Shea Blvd., Suite 100, Scottsdale, AZ 82560.

2. Plaintiff brought this action against Defendant Brian Trottier for copyright infringement and related claims of contributory infringement, civil conspiracy, and negligence for illegally downloading and distributing Plaintiff's copyrighted work through the BitTorrent protocol.

3. A summons was issued to the Defendant on October 9, 2012, informing him of this lawsuit and explaining that if he failed to respond with an answer or motion within 21 days, judgment by default will be entered against him. Plaintiff served Defendant with the summons and complaint through personal service on October 28, 2012.

4. After 21 days Defendant had not responded to Plaintiff's complaint, so Plaintiff filed a request for the Clerk of Court to enter default against Defendant on the ground that he failed to appear or otherwise respond to Plaintiff's Complaint within the prescribed time. As of the date listed on this declaration, Defendant has not appeared or otherwise responded to Plaintiff's complaint.

5. I spent a total of eleven (11) hours in prosecution of this case against the Defendant. Of this time, I spent three (4) hours to conduct legal research in support of and drafting the complaint; one (1) hour filing the complaint and supporting documents; one (1) hour assembling the materials for service and effecting service on the Defendant; four and a half (4.5) hours drafting the documents in connection with the motion for entry of default and motion for default judgment; and half an hour (0.5) filing the motion for entry of default and motion for default judgment I charge a fee of $450 per hour for my legal services. This totals $4,950.00 for attorney's fees accrued litigating this case against the Defendant. My fee of $450 per hour is reasonable pursuant to the American Bar Association's attorney's fee guidelines.

6. I have incurred $400 in fees in prosecution of this case against the Defendant. Specifically, I spent $350 for the filing fee to bring this action. I spent $50 on a process server to personally serve the Defendant.

7. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

DATED: January 15, 2013          By:    /s/ Steven James Goodhue