# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br>v.<br><br>BRIAN TROTTIER,<br><br>Defendant. | CASE NO.: 2:12-CV-02136-PHX-GMS<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT BRIAN TROTTER |

This matter comes before the Court on Plaintiff's Motion for Default Judgment, and the Court has considered Plaintiff's Motion, the pertinent portions of the record, and is otherwise fully advised on the premise, finds that:

On October 9, 2012, Plaintiff filed the Complaint, alleging copyright infringement, contributory infringement, civil conspiracy, and negligence against Defendant Brian Trottier. (ECF No. 1.) On October 28, 2012, Plaintiff served a copy of the Complaint and Summons upon the Defendant. (ECF No. 10-1.) Defendant failed to answer or otherwise respond to Plaintiff's complaint within the time specified by the Federal Rules.

On December 12, 2012, Plaintiff filed a Request for Clerk's Entry of Default as to Defendant. (ECF No. 10.) On December 13, 2012, the Clerk of the Court entered a default as to Defendant. (ECF No. 11.).

Upon a careful review of the Plaintiff's Motion, it is hereby:

ORDERED that Plaintiff's Motion for Default Judgment against Defendant Brian Trottier is GRANTED. The Court shall separately enter a Final Default Judgment and an order closing the present action for administrative purposes.