IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings, LLC, a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Brian Trottier,<br><br>Defendant. | No. CV-12-02136-PHX-GMS<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's Motion for Default Judgment (Doc. 12), and the Court has considered Plaintiff's Motion, the pertinent portions of the record, and is otherwise fully advised on the premise, finds that:

On October 9, 2012, Plaintiff filed the Complaint, alleging copyright infringement, contributory infringement, civil conspiracy, and negligence against Defendant Brian Trottier (Doc. 1). On October 28, 2012, Plaintiff served a copy of the Complaint and Summons upon the Defendant (Doc. 10-1). Defendant failed to answer or otherwise respond to Plaintiff's complaint within the time specified by the Federal Rules.

On December 12, 2012, Plaintiff filed a Request for Clerk's Entry of Default as to Defendant (Doc. 10). On December 13, 2012, the Clerk of the Court entered a default as to Defendant (Doc. 11).

Upon a careful review of Plaintiff's Motion,

/ / /

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment against Defendant Brian Trottier (Doc. 12) is granted. The Court awards Plaintiff $1,500.00 in liability and $1,400.00 in fees and costs for a total award of $2,900.00.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment and terminate this action.

Dated this 12th day of February, 2013.

_____
G. Murray Snow
United States District Judge