## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| AF Holdings, LLC, a St. Kitts and Nevis limited liability company,    )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>Brian Trottier,    )<br>)<br>___Defendant___    ) | **DEFAULT JUDGMENT**<br><br>CASE NUMBER:<br>CV-12-2136-PHX-GMS |

IT IS ORDERED AND ADJUDGED, pursuant to the Court's Order filed this date, judgment is hereby entered against Defendant Brian Trottier pursuant to Fed.R.Civ.P. 55(b)(2) for $1,500.00 in liability and $1,400.00 in fees and costs for a total award of $2,900.00.

| | |
|---|---|
| February 13, 2013<br>Date | BRIAN D. KARTH<br>Clerk/DCE<br><br> s/L. Dixon<br>(By) L. Dixon, Deputy Clerk |