1   Steven James Goodhue (#029288)
    Law Offices of Steven James Goodhue
2   9375 East Shea Blvd., Suite 100
    Scottsdale, AZ  85260
3   Telephone: (480) 214-9500
    Facsimile: (480) 214-9501
4   E-Mail: sjg@sjgoodlaw.com

5   *Attorney for Plaintiff*
    *AF Holdings, L.L.C.*

6

7                   **IN THE UNITED STATES DISTRICT COURT**

8                        **FOR THE DISTRICT OF ARIZONA**

9

10  AF HOLDINGS, L.L.C., a St. Kitts and Nevis          **CASE NO.: 2:12-CV-02136-PHX-GMS**
    limited liability company,

11  Plaintiff,

12  v.                                                  **SATISFACTION OF JUDGMENT**

13  BRIAN TROTTIER,

14  Defendant.

15

16        Plaintiff, AF Holdings, L.L.C., the Judgment Creditor in the above captioned matter, through

17  its undersigned counsel, hereby certifies that judgment in the amount of Two Thousand Nine

18  Hundred and 00/100 Dollars ($2,900.00), which was entered by this Court on February 13, 2013, has

19  been fully satisfied, and hereby authorizes the Clerk of this Court to enter of record a full satisfaction of

20  such judgment.

21

22

23  Dated this 23 day of May, 2013

24

                                        1

1   Law Offices of Steven James Goodhue

2

3   By: /s/ Steven James Goodhue
        Steven James Goodhue (#029288)
4       9375 East Shea Blvd., Suite 100
        Scottsdale, AZ  85260
5       *Attorney for Plaintiff*
        *AF Holdings, L.L.C.*

6

7       I hereby certify that on May 23, 2013, I electronically filed the foregoing with the Clerk of
    the Court for filing and uploading to the CM-ECF system which will send notifications of such filing
8   to all parties of record.

9   **A COPY** of the foregoing was mailed (or
    served via electronic notification if indicated by
10  an "*") on May 23, 2013, to:

11

    Brian Trottier (*popachubs@gmail.com*)*
12  10711 East Bramble Avenue
    Mesa, Arizona  85208

13

14
    /s/ Steven James Goodhue
15

16

17

18

19

20

21

22

23

24

2